In the Matter of the Probate of the Alleged Last Will and Testament and Codicils attached thereto, of LYMAN SOULE, Deceased.

(Argued April 24, 1888; decided June 5, 1888.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made December 30, 1887, which dismissed an appeal from an order of the surrogate of Cayuga county, denying a motion to dismiss proceedings to revoke the probate of the will of Lyman Soule, deceased.

*Martin A. Knapp* for appellants.

*M. M. Waters* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

JOHN BYRNE, Respondent, *v.* JAMES N. MATTHEWS, Appellant.

(Argued April 24, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made November 10, 1887, which overruled a demurrer to the complaint and ordered judgment for plaintiff with leave to answer.

*John G. Milburn* for appellant.

*Baker & Schwartz* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.